# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:11cv2

| | | |
|---|---|---|
| **ROBERT B. TAFT, JR.; and RTB, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **SIEGWERK USA, INC.; TERRY** | ) | |
| **DAVIS; DANIEL McDOWELL; and** | ) | |
| **JAMES ROSS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that the deadline for filing a Certificate of Initial Attorneys Conference ("CIAC") was February 28, 2011, and that such deadline has passed with no filing.

### ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their CIAC not later than March 25, 2011.

Signed: March 14, 2011

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge